# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3088

_____

United States of America

*Plaintiff - Appellee*

v.

Courtney D. Bradley

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - El Dorado

_____

Submitted: January 29, 2015
Filed: February 5, 2015
[Unpublished]

_____

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Courtney Bradley directly appeals after he pleaded guilty to a federal drug charge, and the district court[1] sentenced him below the calculated Guidelines range.

---

[1]The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas.

His counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967). Bradley has filed a pro se supplemental brief challenging his sentence and raising claims of ineffective assistance of counsel.

After careful de novo review, <u>see</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010), we will enforce the appeal waiver because (1) Bradley's testimony at the plea hearing shows that he entered into both the plea agreement and the waiver knowingly and voluntarily, <u>see</u> <u>Nguyen v. United States</u>, 114 F.3d 699, 703 (8th Cir. 1997); (2) all issues raised in this appeal fall within the scope of the waiver; and (3) no miscarriage of justice would result from enforcing the waiver. <u>See</u> <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc).

Further, having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues outside the scope of the appeal waiver. This appeal is dismissed, and counsel's motion to withdraw is granted. We direct counsel to inform appellant about the procedures for filing a petition for rehearing and for certiorari.

_____